AO 450 (Rev. 11/11) Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| ERNESTO ROMAN individually, and on behalf of others similarly situated<br>*Plaintiff*<br>v.<br>NEW NELLO OPERATING CO., LLC doing business as Nello; DANIEL IANELLO<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   3:21cv853 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* Ernesto Roman recover from the defendant *(name)* New Nello Operating Co., LLC doing business as Nello and Daniel Ianello the amount of Sixty thousand dollars ($ 60,000.00 ), which includes prejudgment interest at the rate of 3.25 %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other: Pursuant to FRCP 68(a), judgment entered in favor of plaintiff Ernesto Roman and against defendants New Nello Operating Co., LLC d/b/a Nello and Daniel Ianello in the amount of $16,000.00 in actual and liquidated damages plus attorney's fees in the amount of $44,000.00, for a total sum of $60,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a motion for _____ .

Date:   Aug 29, 2022                                         CLERK OF COURT

                                                            /s/ D. Kirkwood
                                                            *Signature of Clerk or Deputy Clerk*